# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01039-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

RUDOLPH MARTIN CHAVEZ,

    Applicant,

v.

WARDEN: TRAVIS TRANI,

    Respondent.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

    Applicant, Rudolph Martin Chavez, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Centennial Correctional Facility in Cañon City, Colorado.  Mr. Chavez has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted document is deficient as described in this order.  Mr. Chavez will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Chavez files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)  _X_      is missing certificate showing current balance in prison account
(5)  __       is missing required financial information
(6)  __       is missing an original signature by the prisoner
(7)  __       is not on proper form (must use the court's current form)
(8)  __       names in caption do not match names in caption of complaint, petition or habeas application
(9)  __       An original and a copy have not been received by the court. Only an original has been received.
(10) _X_      other: motion and affidavit and certificate showing current balance only are necessary if Applicant does not pay the $5.00 filing fee

**Complaint, Petition or Application**:
(11) __       is not submitted
(12) __       is not on proper form (must use the court's current form)
(13) __       is missing an original signature by the prisoner
(14) __       is missing page nos. __
(15) __       uses et al. instead of listing all parties in caption
(16) __       An original and a copy have not been received by the court. Only an original has been received.
(17) __       Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __       names in caption do not match names in text
(19) __       other: _____

Accordingly, it is

ORDERED that Applicant, Rudolph Martin Chavez, cure the deficiencies designated above **within thirty days from the date of this order**. Any papers that Mr. Chavez files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Mr. Chavez shall obtain the Court-approved form used in filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Mr. Chavez fails to cure the designated deficiencies **within thirty days from the date of this order**, the application will be denied and the action dismissed without further notice.

DATED April 19, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge